JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO GUADALUPE RODRIGUEZ,<br><br>                Petitioner,<br><br>    v.<br><br>JOE A. LIZARRAGA,<br><br>                Respondent. | Case No. EDCV 17-0202-AG (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: June 28, 2017

HONORABLE ANDREW J. GUILFORD
United States District Judge